ACCEPTED
04-14-00130-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
4/9/2015 11:46:03 AM
KEITH HOTTLE
CLERK

CASE NO. 04-14-00130-CR

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
4/9/2015 11:46:03 AM
KEITH E. HOTTLE
Clerk

## IN THE COURT OF APPEALS FOR THE

## FOURTH DISTRICT OF TEXAS

## SAN ANTONIO, TEXAS

**JOSHUA ORCASITAS,**
                **Appellant**

**V.**

**STATE OF TEXAS,**
                **Appellee**

**Appealed from the 175th Judicial District Court
of Bexar County, Texas**

**SUPPLEMENTAL CITATION OF AUTHORITIES**

GROSS & ESPARZA, P.L.L.C.
MICHAEL C. GROSS
State Bar No. 08534480
106 South St. Mary's Street, Suite 260
San Antonio, Texas 78205
Lawofcmg@gmail.com
(210) 354-1919
(210) 354-1920 Fax

Attorney for the Appellant,
JOSHUA ORCASITAS

TO THE HONORABLE COURT OF APPEALS:

JOSHUA ORCASITAS, the Appellant, submits the following supplemental citation of authorities:

1. <u>Bush v. State</u>, No. 04-13-00466-CR (Tex. App. - San Antonio, January 29, 2014, no pet.) (Jury argument that is predicated upon, directly or indirectly, matters outside record is improper and reversible if it injects or emphasizes harmful facts outside record; an instruction to disregard will not cure such error if "in light of the record as a whole it was extreme or manifestly improper, violative of a mandatory statute, or injected new facts harmful to the accused.")

2. <u>McMurrough v. State</u>, 995 S.W.2d 944 (Tex. App. - Fort Worth 1999, no pet.) (Objection that prosecutor's argument was outside record involves final argument that was uninvited and unsbustantiated accusation of improper conduct directed at defendant's attorney as an outside record attack on defense counsel's integrity and was incurable by jury instruction and reversible.)

Respectfully submitted,

GROSS & ESPARZA, P.L.L.C.

/s/ Michael C. Gross
Michael C. Gross
State Bar No. 08534480
106 South St. Mary's Street, Suite 260
San Antonio, Texas 78205
Lawofcmg@gmail.com
(210) 354-1919
(210) 354-1920 Fax

Attorney for the Appellant,
JOSHUA ORCASITAS

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was faxed to Laura Durbin, Assistant District Attorney, 335-2436, on the 9th day of April 2015.

/s/ Michael C. Gross